IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

**WILLIE FORTUNE,**
**REG. #19866-042**                                                                                      **PLAINTIFF**

v.                            CASE NO. 2:11CV00002 BSM/JJV

**JOHN DOES, Correctional Officers,**
Federal Correctional Institution,
Forrest City, Arkansas                                                                                **DEFENDANTS**

### ORDER

On January 20, 2011, plaintiff's motion to proceed *in forma pauperis* was held in abeyance pending his submission of an amended complaint identifying the John Doe defendants within thirty days. [Doc. No. 3]. Plaintiff was further advised that failure to do so would result in the dismissal of his complaint. As of this date, plaintiff has not complied with that order. Accordingly, plaintiff's complaint is hereby dismissed without prejudice pursuant to Local Rule 5.5(c)(2) of the Eastern District of Arkansas.

An appropriate judgment will accompany this order.

IT IS SO ORDERED this 11th day of March, 2011.

*Brian S. Miller*
UNITED STATES DISTRICT JUDGE