**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**HELENA DIVISION**

**WILLIE FORTUNE,**
**REG. #19866-042**                                                                    **PLAINTIFF**

**v.**                           **CASE NO. 2:11CV00002 BSM/JJV**

**JOHN DOES, Correctional Officers,**
**Federal Correctional Institution,**
**Forrest City, Arkansas**                                                              **DEFENDANTS**

## JUDGMENT

Pursuant to the order entered today, it is considered, ordered, and adjudged that this case be, and is hereby, dismissed without prejudice for failure to prosecute. The relief sought is denied.

Dated this 11th day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE